No. 80–5878. PHILLIPS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 80–5879. IN RE C. S. Sup. Ct. N. J. Certiorari denied.

No. 80–5880. ERICKSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5881. LAWSON *v.* ORIGINAL APPALACHIAN ARTWORKS, INC. C. A. 5th Cir. Certiorari denied.

No. 80–5883. CLEVELAND *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 80–5886. BROOKS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–5890. ORPIANO *v.* JOHNSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5891. THERIAULT ET AL. *v.* ESTABLISHMENT OF RELIGION ON TAXPAYERS' MONEY IN THE FEDERAL BUREAU OF PRISONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–5892. WATKINS *v.* MARTIN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5898. PASSARO *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 80–5903. COUNTRYMAN *v.* ZIPP, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–5905. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.